| | |
|---|---|
| DATE            4/8/14 | CASE NUMBER     **4:14cr35 RAS/DDB** |
| LOCATION        Plano | USA   Ernest Gonzalez _____ Assigned |
| JUDGE           Don D Bush | _Bradley Visosky_ Appeared |
| DEPUTY CLERK    Toya McEwen | |
| COURT REPORTER: Digital Recording | CHRIS NEWTON KEY (3) |
| INTERPRETER: | Defendant |
| USPO: | |
| BEGIN:  11:04 am | Brady Wyatt III, RET (3) |
| | Attorney |

*FILED EASTERN DISTRICT COURT DISTRICT OF TEXAS APR - 8 2014 BY DAVID J. MALAND, CLERK DEPUTY*

☑ INIT APPEARANCE on Indictment
☐ ARRAIGNMENT

☑ Hearing Held          ☐ Hearing Called          ☑ Defendant Sworn          ☐ Interpreter Sworn

☑ Dft appears on Indictment: ☑ with   ☐ w/o cnsl   ☐ pro se   ☐ Cnsl appears on behalf of deft

☑ Date of arrest: __WRIT__          (In another district & case #) _____
☑ Dft   ☑ advised of charges       ☑ advised of maximum penalties   ☑ advised of right to remain silent;
         ☑ advised of right to counsel   ☑ received copy of indictment

☐ Dft first appearance with counsel ☐ CJA ☐ Ret. ☐ USPD (Do Not Docket in Mag. Case - Without Consent)
   Attorney: _____
☐ Dft advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
☐ Dft Requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ _____ appointed   ☐ U.S. Pub Defender _____ appointed
☐ Govt motion for detention   ☐ Govt oral motion for continuance   ☐ Oral Order granting ☐ Oral Order denying
☐ Defendant oral motion to continue detention hearing   ☐ Oral Order granting ☐ Oral Order denying
☐ Detention Hrg set
☐ Arraignment set _____
☐ Order setting conditions of release   ☐ Bond executed, dft released;
☐ Dft ordered to answer in prosecuting district
☑ Dft signed Waiver of Detention Hearing   ☐ Dft ordered removed to Originating District
☐ Defendant remanded to custody of U.S. Marshal.
☐ Dft failed to appear,   ☐ oral order for arrest warrant;   ☐ bond forfeited

## ARRAIGNMENT

☑ Arraignment held.   ☐ Arraignment called.   ☐ Arraignment reset: _____
☑ Dft   ☑ sworn
         ☑ received copy of charges      ☐ discussed charges with counsel   ☐ charges read
         ☑ waived reading of charges

Dft enters a plea of: ☐ not guilty   ☐ guilty   ☐ nolo   ☐ guilty - lesser

CRIM 92-116          ☐ See reverse/attached for additional proceedings          ____ Adjourn

☐ all counts ☐ indictment includes forfeiture provisions

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on :
**Monday, June 2, 2014 at 9:00 AM before Judge Richard Schell, in Plano, Texas**

☐ Government motion _____

☐ Defendant motion _____

☑ Defendant remanded to custody USM      ☐ Defendant released on Conditions for Release after processing by USMO

☑ Recess  11:06 am