IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:14cr35 |
| | § | |
| CHRIS NEWTON KEY (3) | § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

Before the court is Defendant's motion for continuance [de#41]. The court finds as follows:

1. The request for continuance is made knowingly, intelligently and voluntarily;

2. There are no objections by the Government to a continuance of the case;

3. The ends of justice served by granting the Defendant's request outweigh the best interest of the public and the Defendant in a speedy trial; and

4. This continuance is required to assure the necessary time for counsel to effectively prepare for trial, taking into account the exercise of due diligence.

Defendant's motion is **GRANTED,** and this case is **RESET** for pretrial hearing on **Monday, August 4, 2014, at 9:00 a.m.**

**SIGNED this the 30th day of May, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE